11779

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

T.K.B. SHIPPING A/S,

          Case No. 08 CIV 8157 (Judge Lynch)

    Plaintiff,

 - against -        DECLARATION PURSUANT TO
              SUPPLEMENTAL ADMIRALTY
                 RULE B(1)

AZELIE CORPORATION,

    Defendant.
-------------------------------------------------x

  **PETER A. JUNGE** declares the following under penalty of perjury:

  1. I am an attorney at law duly admitted to practice in the Courts of the State of New York and before this Honorable Court.

  2. I am a partner in the law firm of JUNGE & MELE, LLP, attorneys for the Plaintiff herein, and submit this Declaration pursuant to Supplemental Rule B(1) of the Federal Rules of Civil Procedure in support of Plaintiff's prayer for issuance of a process of maritime attachment and garnishment.

  3. Based upon my inquiries and searches as set forth in paragraph 4 of this Declaration which were conducted under my direction and supervision, I aver upon information and belief that Defendant is not present in this District pursuant to Rule B(1).

  4. On September 22, 2008, the following investigation was conducted: the internet web site of the State of New York, Department of State Corporate Division, was visited and, after utilizing the services contained therein, the records disclosed that Defendant is not incorporated or qualified to do business within the State of New York;

the telephone directory covering this District on the Yahoo internet web site was consulted and no listing for the Defendant was found anywhere therein; and finally, a general internet search was performed with no evidence that Defendant is present in this District.

6. As such, upon information and belief, I declare that Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

7. I respectfully request in the interests of conserving the resources of the U.S. Marshal and to expedite service that, pursuant to Rule 4(c)(1), Federal Rules of Civil Procedure, any *Ex Parte* Order and Process of Maritime Attachment and Garnishment, along with a copy of the Verified Complaint, may be served upon garnishees identified in the garnishment Order, and such additional garnishees as so permitted therein, by one of the following appointees: any partner, associate or any other person at least the age of 18 years and not a party to this action, duly appointed by JUNGE & MELE, LLP, attorneys for Plaintiff.

8. I declare under penalty of perjury that the foregoing is true and correct. Dated in the City of New York on September 22, 2008

                                        */s/ Peter A. Junge*
                                        _____
                                        Peter A. Junge

*11779 Declaration in Support of Rule B.wpd*